◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY McLEAN, Appellant. [859 NYS2d 891]—Appeal by the de-fendant, as limited by his motion, from a sentence of the County Court, Orange County (DeRosa, J.), imposed February 8, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Ritter, Covello and Dickerson, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY McTOOTLE, Appellant. [858 NYS2d 906]—Appeal by the defendant from an order of the County Court, Nassau County (Calabrese, J.), entered August 9, 2006, which denied his ap-plication to be resentenced pursuant to the Drug Law Reform Act of 2005 (L 2005, ch 643).

Ordered that the order is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Lifson, Miller, Carni and Eng, JJ., concur.